IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. CR417-68 |
| | ) | |
| JERRELL ANTONIO ROBERTS | ) | |

## O R D E R

Before the Court is Defendant Jerrell Antonio Roberts' Motion to Release Funds. (Document 66). After careful consideration, Defendant's motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the Southern District of Georgia shall cancel the appearance bond on behalf of Defendant and exonerate the obligor thereon.

The Clerk is hereby **DIRECTED** to return the $2,000.00, with any accrued interest to: Antionette Ricks, 16 Kane Street, Savannah, Georgia 31415.

SO ORDERED, this 31st day of January 2019.

WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA